CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
03/21/2018
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| VERNA BOGGS,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>*Defendant*. | CASE NO. 6:16-cv-00050<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross motions for summary judgment (dkts. 12, 15), the Report and Recommendation ("R&R") of United States Magistrate Judge Robert S. Ballou (dkt. 17), and Plaintiff's objection to the R&R (dkt. 18). For the reasons set forth in the accompanying memorandum opinion, I will **ADOPT** the R&R in its entirety.

Accordingly, Plaintiff's objection is **OVERRULED**, Plaintiff's motion for summary judgment is **GRANTED IN PART**, and the Commissioner's motion for summary judgment is **DENIED**. This case is hereby **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the adopted Report.

The clerk is directed to close this case and strike it from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this  21st   day of March, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1